STATE of Missouri, Respondent,

v.

Rodney O. ELLISON, Appellant.

Rodney ELLISON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46524, WD 47663.

Missouri Court of Appeals,
Western District.

Jan. 18, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

### ORDER

PER CURIAM.

Rodney O. Ellison appeals from convictions of murder in the second degree and armed criminal action, from concurrent sentences of life and five years, and from the denial of his Rule 29.15 postconviction motion without an evidentiary hearing. We affirm the convictions pursuant to Rule 30.25(b) and the denial of his postconviction motion pursuant to Rule 84.16(b).